IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN


EMMANUEL ODIAH
Petitioner - Defendant
               V.                          Case No. 21-CV-174-WMC
UNITED STATES OF AMERICA
Respondent - Plaintiff


NOTICE OF APPEAL


Comes Now, Mr Emmanuel Odiah, petitioner
pro-se, hereby Appeals the judgement of
this court on his § 2255 motion to the
Seventh circuit. Mr Odiah also appeals the
courts' decision in not issuing a certificate
of Appealability.
    Judge William M. Conley entered the
judgement on 12th, April, 2022 so this appeal
is timely.
    Respectfully Submitted on this 21st
day of April 2022.

                                    Emmanuel Odiah
                                    Emmanuel Odiah
                                    Reg# 58990-177
                                    FCI, McDowell.
                                    Welch, WV. 24801

2022 APR 25   AM 9 53
DOC NO